THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALDEN FERGUSON, Appellant. [936 NYS2d 912]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Florio, Balkin and Eng, JJ., concur.